```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )    1:05-CR-00399 LJO
11                                )
             Plaintiff,           )    MOTION AND ORDER FOR
12                                )    DISMISSAL OF INDICTMENT
        v.                        )
13                                )
    CANDICE BROWN,                )
14                                )
             Defendants.          )
15                                )
                                  )
16
```

17      The United States Attorney's Office, pursuant to Rule 48(a) of

18 the Federal Rules of Criminal Procedure, hereby moves to dismiss the

19 Indictment, in the interest of justice and for the sole purpose of

20 closing the case administratively for the Clerk's office.  This

21 motion and order will no way affect the defendant's felony

22 conviction and sentence in <u>United States v. Candice Brown</u>,1:05-CR-

23 00391 OWW.

24                                     Respectfully submitted,

25                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
26

27 DATED: <u>3/19/09</u>              By   <u>/S/ Stanley A. Boone</u>
                                          STANLEY A. BOONE
28                                        Assistant U.S. Attorney

                                    1

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS HEREBY ORDERED that the indictment be dismissed without |
| 3 | prejudice in the interest of justice and for the sole purposes of |
| 4 | administratively closing this case number. This order shall not |
| 5 | affect in any way the defendant's conviction and sentence in <u>United |
| 6 | States v. Candice Brown</u>, 1:05-CR-00391 OWW. |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: **March 20, 2009**    /s/ Lawrence J. O'Neill<br>UNITED STATES DISTRICT JUDGE |

2